UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HARRIS BEY,

      Plaintiff,                                         No. 19-11556

v.                                                Honorable Nancy G. Edmunds

GREGG HISSONG, JENNIFER JONES,
CHARLES RANDLE, and MATTHEW
HARPST,

      Defendants.
_____/

## JUDGMENT

The Court having reviewed and fully considered the pleadings filed by the parties and the magistrate judge's report and recommendation, and for the reasons set forth in the opinion and order entered this date,

The report and recommendation is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendants and this case is DISMISSED.

SO ORDERED.

                                      <u>s/Nancy G. Edmunds</u>
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: August 7, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 7, 2021, by electronic and/or ordinary mail.

        <u>s/Lisa Bartlett</u>
        Case Manager